# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZAFER BULDUK,<br><br>    Plaintiff,<br><br> v.<br><br>SBARRO, INC.,<br><br>    Defendant. | 8:09-cv-00298-LSC-FG3<br><br>**ORDER** |
| VOLKAN SOYULMAZ,<br><br>    Plaintiff,<br><br> v.<br><br>SBARRO, INC.,<br><br>    Defendant. | 8:09-cv-00299-LSC-FG3<br><br>**ORDER** |
| CHARLES ALLEY,<br><br>    Plaintiff,<br><br> v.<br><br>SBARRO, INC.,<br><br>    Defendant. | 8:09-cv-00300-LSC-FG3<br><br>**ORDER** |
| KURSAT HAMZAOGLU,<br><br>    Plaintiff,<br><br> v.<br><br>SBARRO, INC.,<br><br>    Defendant. | 8:09-cv-00301-LSC-FG3<br><br>**ORDER** |

**THIS MATTER** is before the court on the parties' Joint Motion to extend the discovery and summary judgment deadlines. In order to retain the May 17, 2011 trial date,

**IT IS ORDERED** that the motion is granted in part, and denied in part, as follows:

1. The deadline for filing motions for summary judgment is extended from February 1, 2011 to **February 15, 2011.**

2. The discovery deadline is extended to **January 28, 2011**, as requested.

**DATED January 11, 2011.**

                                          **BY THE COURT:**

                                          s/ F.A. Gossett, III
                                          **United States Magistrate Judge**