**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **VOLKAN SOYULMAZ,** | ) | **CASE NO. 8:09CV299** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **SBARRO, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Suggestion in Bankruptcy (Filing No. 44) filed by Defendant Sbarro, Inc.  Pursuant to NEGenR 1.5(a), and 28 U.S.C. § 157, this matter is referred to the United States Bankruptcy Court for the District of Nebraska.  Accordingly,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska; and

3. The Clerk of the Court for the District of Nebraska shall transmit the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 18th day of April, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge